FILED BY _____

DEC 29 2005

Thomas M. Gould, Clerk
U. S. District Court
W. D. OF TN, Memphis

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

                  ACTION No. 98-2164 ML/A

Melden T. Miller,

    Defendant (s),

Tandem Staffing Solutions, Inc.

    Garnishee.

## GARNISHMENT DISPOSITION ORDER

A Writ of Garnishment was issued and served on defendant's employer, Melden T. Miller, Garnishee. The Garnishee filed an Answer on December 06, 2005 stating that it held non-exempt earnings otherwise owed to defendant.

On November 18, 2005, the defendant was notified of his/her right to a hearing on any objection to the Garnishee's answer or on any claim of exemption. The defendant has not requested a hearing.

It is ORDERED that the Garnishee pay to the plaintiff, United States of America, Office of the United States Attorney, Financial Litigation Unit, 200 Jefferson, Suite 811, Memphis, TN 38103 the funds withheld from defendant's wages. The Garnishee shall continue to withhold and pay to the plaintiff all of the defendant's non-exempt



U.S. v. Melden Miller
Action No.# 98-2164
Garnishment Disposition Order

earnings until notified by the plaintiff that the debt has been paid in full, or until the defendant is

no longer employed by Garnishee, or until further order of the court.

Dated: December 29, 2005

                              Thomas M. Gould
                              Clerk, U.S. District Court

By:     /s/
        Deputy Clerk

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 11 in case 2:98-CV-02164 was distributed by fax, mail, or direct printing on December 30, 2005 to the parties listed.

---

Melden T. Miller
1460 Haverwood Ave
Memphis, TN 38116

William W. Siler
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT